APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NO. 15-3976

In re: Life Time Fitness, Inc., Telephone Consumer Protection Act (TCPA) Lit.

vs.

**The Clerk will enter my appearance as Counsel for the following party(s): (please specify)** Lindsey Thut

s/ Christopher A. Bandas
**ATTORNEY NAME**

Bandas Law Firm, P.C.
**FIRM NAME**

500 N. Shoreline Blvd., Suite 1020
**STREET or P.O. BOX**

Corpus Christi, TX 78401
**CITY, STATE, ZIP**

361-698-5200
**OFFICE PHONE NUMBER**

361-698-5222
**FACSIMILE NUMBER**

cbandas@bandaslawfirm.com
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 1/14/2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
See Attached Service List

s/ Christopher A. Bandas

# SERVICE LIST

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| David T. Butsch<br>BUTSCH & SIMERI<br>Suite 260<br>231 S. Bemiston Avenue<br>Clayton, MO 63105<br>Email: butsch@butschroberts.com | 15-3976 | Email | Active CM/ECF |
| Katrina Carroll<br>LITE & DEPALMA<br>Suite 500<br>211 W. Wacker Drive<br>Chicago, IL 60606<br>Email: kcarroll@litedepalma.com | 15-3976 | Email | |
| Erin L. Hoffman<br>FAEGRE & BAKER<br>2200 Wells Fargo Center<br>90 S. Seventh Street<br>Minneapolis, MN 55402-3901<br>Email: erin.hoffman@FaegreBD.com | 15-3976 | Email | Active CM/ECF |
| John Gordon Rudd Jr.<br>ZIMMERMAN & REED<br>1100 IDS Center<br>80 S. Eighth Street<br>Minneapolis, MN 55402-4123<br>Email: gordon.rudd@zimmreed.com | 15-3976 | Email | Active CM/ECF |
| Lindsey Thut<br>First Floor<br>1029 W. Irving Park Road<br>Chicago, IL 60613 | 15-3976 | US Mail | |
| Aaron Daniel Van Oort<br>FAEGRE & BAKER<br>2200 Wells Fargo Center<br>90 S. Seventh Street<br>Minneapolis, MN 55402-3901<br>Email: aaron.vanoort@faegrebd.com | 15-3976 | Email | Active CM/ECF |
| Shawn J. Wanta<br>BAILLON & THOME<br>Suite 1200<br>100 S Fifth Street<br>Minneapolis, MN 55402<br>Email: sjwanta@baillonthome.com | 15-3976 | Email | Active CM/ECF |