APPEARANCE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. 15-3976

In re: Life Time Fitness, Inc.

**vs.**

Appeal of Lindsey Thut, objector-appellant

**The Clerk will enter my appearance as Counsel for the following party(s): (please specify)** Objector-appellant Lindsey Thut

s/ Howard J. Bashman
**ATTORNEY NAME**

Law Offices of Howard J. Bashman
**FIRM NAME**

2300 Computer Avenue, Suite G-22
**STREET or P.O. BOX**

Willow Grove, PA 19090
**CITY, STATE, ZIP**

215-830-1458
**OFFICE PHONE NUMBER**

none
**FACSIMILE NUMBER**

hjb@hjbashman.com
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

✔ I hereby certify that on 2/16/2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

s/ Howard J. Bashman